# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **Brook Reynolds, et al.** | Case No: 3:15-cv-397 |
| Plaintiffs, | |
| v. | Judge Jeffrey J. Helmick |
| **Merck Sharp & Dohme Corp., et al.** | |
| Defendants. | **NOTICE OF APPEARANCE and Substitution** |

To the Clerk of Court:

    Please enter my appearance on behalf of Plaintiffs, in substitution for Pamela A. Borgess, who will not longer be involved in this matter.

Dated: September 14, 2015

Respectfully Submitted,

   /s/ David W. Zoll
David W. Zoll (0008548)
Zoll & Kranz, LLC
6620 West Central Ave., Suite 100
Toledo, Ohio 43617
Tel: 419-841-9623
Fax: 419-841-9719
Email: david@toledolaw.com
*Counsel for above Plaintiffs*

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on September 14, 2015. All parties may access this filing through that system.

   */s/ David W. Zoll*
David W. Zoll (0008548)
*Counsel for above Plaintiffs*